United States District Court

Northern District of California

IN RE ROBERT LEE JENKINS, JR.,

Plaintiff.

Case Nos.: 12-3267 CW (PR)
12-3661 CW (PR)

ORDER DIRECTING CLERK TO CLOSE CASES AND FORWARD LETTERS TO JUDGE HENDERSON

These two actions were opened when letters sent by Plaintiff to Judge Thelton E. Henderson were construed as attempts by Plaintiff to file civil rights actions under 42 U.S.C. § 1983.

Having reviewed the contents of the letters, the Court concludes that was not Plaintiff's intent.  Instead, it appears that Plaintiff, who is incarcerated at High Desert State Prison, is writing to inform Judge Henderson about alleged violations of the Plata consent decree pertaining to medical care.  See Plata, et al. v. Schwarzenegger, et al., Case No. 01-1391 TEH (N.D. Cal.).

Good cause appearing, the Clerk shall CLOSE these cases and forward Plaintiff's letters to Judge Henderson.  Because the cases were opened in error, no filing fee is due.

IT IS SO ORDERED.

Dated: 7/19/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: TEH